IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARPENTERS DISTRICT COUNCIL OF<br>KANSAS CITY PENSION FUND, et al., | ) <br> ) <br> ) | No. 12-1296-CV-S-BCW |
| Plaintiffs, | ) | |
| v. | ) <br> ) | |
| DONCO CONSTRUCTION SERVICES, LLC, | ) <br> ) | |
| and | ) <br> ) | |
| DONCO 3 CONSTRUCTION, LLC, | ) <br> ) | |
| Defendants. | ) | |

## DEFENDANT DONCO CONSTRUCTION SERVICES, LLC'S DESIGNATION OF WITNESS LIST

COMES NOW Defendant Donco Construction Services, LLC, by and through its counsel of record, and submits its Witness List for Trial as follows:

1. Donald York;

2. Alisha York;

3. Any and all witnesses included on Defendant Donco 3 Construction, LLC's designated Witness List; and

4. Any and all witnesses included on Plaintiffs' designated Witness List.

ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.

By: ___/s/ Nicole L. Hutson_____
    Todd A. Johnson
    Missouri Bar No. 38363
    tjohnson@eehjfirm.com
    Nicole L. Hutson
    Missouri Bar No. 63518
    nhutson@eehjfirm.com
    901 St. Louis Street, Suite 600
    The Hammons Tower
    Springfield, Missouri 65806-2505
    Telephone: (417) 866-5091
    Facsimile: (417) 866-1064

    Attorneys for Defendant
    Donco Construction Services, LLC

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System, upon the attorneys of record for each party to this action on this 22nd day of October, 2015, to-wit:

Paul E. Torlina
1100 Main Street, Suite 2005
Kansas City, MO 64106
petorlina@anwjpc.com
*Attorneys for Plaintiffs*

Rick E. Temple
Law Offices of Rick E. Temple, LLC
1358 E. Kingsley, Suite D
Springfield, MO 65804
templeesq@sbcglobal.net
*Attorney for Defendant Donco 3 Construction, LLC*

    ____/s/ Nicole L. Hutson_____
    Todd A. Johnson