IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF ) <br> KANSAS CITY PENSION FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONCO CONSTRUCTION SERVICES, LLC ) <br> ) <br> and ) <br> ) <br> DONCO 3 CONSTRUCTION, LLC, ) <br> ) <br> Defendants. ) | Case No. 6:12-cv-01296-S-BCW |

## DEFENDANT DONCO 3'S LIST OF WITNESSES FOR TRIAL

COMES NOW Defendant Donco 3 Construction, LLC, by and through its attorney of record, and outlines the following potential witnesses who may be called by Defendant Donco 3 to testify at the trial in this matter:

1. Beverly York;

2. Rachel York;

3. Alisha York;

4. Aaron York;

5. Kevin Sexton;

6. James Carson; and

7. Any witnesses included on Plaintiffs' Witness List.

Defendant Donco 3 further reserves the right to call any person not specifically identified herein as a rebuttal witness, if necessary.

Respectfully submitted,

LAW OFFICES OF RICK E. TEMPLE, LLC


By: _____/s/ Rick E. Temple_____
        Rick E. Temple
        Missouri Bar No. 33257

1358 E. Kingsley, Ste. D
Springfield, MO 65804

Telephone:   (417) 877-8988
Facsimile:    (417) 877-8989

Attorney for Defendant
Donco 3 Construction, LLC

DATED: This 22nd day of October, 2015.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Defendant Donco 3's List of Witnesses for Trial** was served upon the following individuals, to-wit:

    Paul E. Torlina, Esq.
    Arnold, Newbold, Winter & Jackson, P.C.
    1125 Grand Blvd., Ste. 1600
    Kansas City, MO 64106-2503

    Nicole L. Hutson, Esq.
    Ellis, Ellis, Hammons & Johnson, P.C.
    901 St. Louis St., Ste. 600
    Springfield, MO 65806-2505

by electronic notice through the Court's system duly addressed to said individuals, on this 22nd day of October, 2015.

        _____/s/ Rick E. Temple_____
            Rick E. Temple