IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 6:12-cv-01296-S-BCW |
| DONCO CONSTRUCTION SERVICES, LLC | ) ) | |
| and | ) ) | |
| DONCO 3 CONSTRUCTION, LLC, | ) ) | |
| Defendants. | ) | |

### DEFENDANT DONCO 3'S LIST OF EXHIBITS FOR TRIAL

COMES NOW Defendant Donco 3 Construction, LLC ("Donco 3"), by and through its attorney of record, and outlines the following potential Exhibits which may be offered at trial in this matter:

| Exhibit No. | # of Pages | Description |
|---|---|---|
| Def D3 Ex 1 | 26 | Missouri Secretary of State documents for Donco 3 Construction LLC |
| Def D3 Ex 2 | 24 | Donco 3 insurance policy documents for September 2010 through September 2015 |
| Def D3 Ex 3 | 7 | Missouri Division of Employment Security (UC) Appeals Tribunal Decision regarding Donco 3 dated June 12, 2014 |
| Def D3 Ex 4 | 134 | Signature Card for Donco 3 account with Southern Missouri Bank of Marshfield dated October 28, 2010, with October 2010 through December 2012 monthly bank statements |
| Def D3 Ex 5 | 3 | Donco 3 Loan Agreement with Southern Missouri Bank of Marshfield dated March 9, 2011 |

| | | |
|---|---|---|
| Def D3 Ex 6 | 10 | Donco 3 Line of Credit Agreement with Empire Bank dated August 7, 2014 |
| Def D3 Ex 7 | 7 | Greene County Recorder's Office Real Estate Search information for Donco 3 (showing federal tax liens) |
| Def D3 Ex 8 | 1 | Alisha York business card |
| Def D3 Ex 9 | 2 | Donco 3 business license for Branson, MO dated September 30, 2013 |
| Def D3 Ex 10 | 1 | Donco 3 list of pending and completed projects through 2013 |
| Def D3 Ex 11 | 29 | Donco 3 Small Business (Woman-Owned) Self-Certification Forms and MBE/WBE Eligibility and Certification Program documentation |
| Def D3 Ex 12 | 15 | Donco 3 Subcontractor Performance Bonds, and Labor and Material Payment Bonds, for 2010 and 2011 |
| Def D3 Ex 13 | 7 | Donco 3 Prime Contractor Statement and Acknowledgment forms (OMB No. 9000-0014) for 2011 and 2012 |
| Def D3 Ex 14 | 4 | Donco 3 Vendor QuickReport and Bill Payment Stubs for Discount Pest Control from September 2011 through May 2012 |
| Def D3 Ex 15 | 17 | Donco 3 Vendor QuickReport and Bill Payment Stubs for MS Concrete for April 2011 through March 2012 |
| Def D3 Ex 16 | 45 | Donco 3 Vendor QuickReport and Bill Payment Stubs for Donco Construction Services LLC for December 2010 through October 2012 |
| Def D3 Ex 17 | 26 | Invoices to Donco 3 for equipment rental suppliers |
| Def D3 Ex 18 | 2 | Donco 3 Vendor QuickReport for GE Capital from January through December 2013, with December 9, 2012 Invoice |
| Def D3 Ex 19 | 18 | Donco 3 Lease Agreements for 2013 |
| Def D3 Ex 20 | 1 | Donco 3 Employee List dated January 31, 2014 |

| | | |
|---|---|---|
| Def D3 Ex 21 | 9 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated September 22, 2010 |
| Def D3 Ex 22 | 4 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated February 8, 2012 |
| Def D3 Ex 23 | 4 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated May 16, 2012 |
| Def D3 Ex 24 | 4 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated December 14, 2012 |
| Def D3 Ex 25 | 5 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated January 18, 2013 |
| Def D3 Ex 26 | 4 | Minutes of the Meeting of the Collection Committees of Carpenters' Funds dated April 5, 2013 |
| Def D3 Ex 27 | 2 | Letter from Donco 3 to EMC Insurance Companies dated May 18, 2012 |
| Def D3 Ex 28 | 1 | Springfield Business Journal (SBJ) listing of "Area's Largest Commercial General Contractors" from November 2-8, 2015 issue |

This List is in supplement to those Exhibits identified by Plaintiff and Defendant Donco Construction Services, LLC. Further Defendant Donco 3 reserves the right to use any exhibit not specifically identified on this List as rebuttal evidence.

        Respectfully submitted,

        LAW OFFICES OF RICK E. TEMPLE, LLC


        By:       /s/ Rick E. Temple
            Rick E. Temple
            Missouri Bar No. 33257

1358 E. Kingsley, Ste. D
Springfield, MO 65804

Telephone:  (417) 877-8988
Facsimile:   (417) 877-8989

Attorney for Defendant
Donco 3 Construction, LLC

DATED: This 2nd day of November, 2015.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Defendant Donco 3's List of Exhibits for Trial** was served upon the following individuals, to-wit:

>Paul E. Torlina, Esq.
>Arnold, Newbold, Winter & Jackson, P.C.
>1125 Grand Blvd., Ste. 1600
>Kansas City, MO 64106-2503
>
>Nicole L. Hutson, Esq.
>Ellis, Ellis, Hammons & Johnson, P.C.
>901 St. Louis St., Ste. 600
>Springfield, MO 65806-2505

by electronic notice through the Court's system duly addressed to said individuals, on this 2nd day of November, 2015.

>/s/ Rick E. Temple
>Rick E. Temple